UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-407-SDM-JSS

LESTER BEST and
ANDREA MITCHELL

## UNITED STATES' NOTICE OF FILING DECLARATIONS OF AUTHENTICATION OF BUSINESS RECORDS

The United States of America, by and through the undersigned, hereby files the attached Declarations of Authentication of Business Records concerning records of the below listed entity.

| Entity | Exhibit | Bates Stamp Range |
|---|---|---|
| Hillsborough Community College | A | DISC-00377 |
| Hillsborough Community College | B | DISC-00378 |
| Bank of America, N.A. | C | HCC-00001 – HCC-00185<br>HCC-00380 – HCC-00383 |

In filing this notice and attached declarations, and serving the same upon the defendants, the government hereby provides notice that the government may offer one or more of the records identified in the declarations into evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and 902(11). Said records are in

the government's possession, have been made available as part of discovery, and bear the Bates stamps reflected in this notice.  Under the cited rules, live testimony of a records custodian is not necessary to authenticate these records.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:

        */s/ Candace Garcia Rich*
        Candace Garcia Rich
        Assistant United States Attorney
        Florida Bar No. 027792
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: Candace.Rich@usdoj.gov

U.S. v. Best et al.                                                  Case No. 8:22-cr-407-SDM-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Ken Eulo, Jr., Esq.
>Javier Chavez, Esq.
>Philip Matthew Luka, Esq.

>/s/ *Candace Garcia Rich*
>Candace Garcia Rich
>Assistant United States Attorney
>Florida Bar No. 027792
>400 N. Tampa Street, Suite 3200
>Tampa, Florida 33602-4798
>Telephone:  (813) 274-6000
>Facsimile:  (813) 274-6358
>E-mail: Candace.Rich@usdoj.gov