# Exhibit A

## HILLSBOROUGH COMMUNITY COLLEGE AFFIDAVIT

I, Kenneth Ray, Jr., hereby certify that the following (please state type of record):

The college assigns a unique student/employee identification number to a student/an employee. This unique ID is used for all associated employment and educational purposes at Hillsborough Community College (HCC).

For student information system, the primary identification for a student is the student identification number which is used to access student education records, and for electronic and paper data systems that identify, track and service students.

Student Identification (ID's) are never reused or recycled.

The following two (2) students were assigned unique student identification (ID):

- Steve Robert Guiterrez      ID#: 0666799
- Revonda D. Bond-Robinson    ID#: 0483106

*Kenneth Ray Jr.*
Signature of Record Custodian

Dr. Kenneth Ray, Jr., Vice
President Hillsborough
Community College
4115 N. Lois Avenue
Tampa, Florida 33614
813.253.7021
_____
Address and phone number of Record Custodian

Sworn to and subscribed before me at **Hillsborough Community College**

This **18th** day of **October**, 2023

_____
Signature of Notary Public- State of Florida

Jacqueline Jackson
_____
Print, Type or Stamp Commissioned Name of Notary and Date Commission Expires

Personally known __ or Produced Identification __

_____
Type of Identification Produced

DISC-00377