# Exhibit B

## HILLSBOROUGH COMMUNITY COLLEGE AFFIDAVIT

I, Dayaghan Pendharkar, hereby certify that the following (please state type of record):

The college assigns a unique operator/user ID to an employee/student. This unique ID along with operator created password are used for signing on to various systems at Hillsborough Community College (HCC).

Operator/user IDs are never reused or recycled.

The following Operator/user ID was assigned to Andrea Mitchell.

- Andrea Mitchell             User ID: AMITCHELL49

_____
Signature of Record Custodian

Dayaghan Pendharkar,
Vice President,
Information Technology and CIO
Hillsborough Community College
4115 N. Lois Avenue
Tampa, Florida 33614
813.253.7091

Address and phone number of Record Custodian

_____

Sworn to and subscribed before me at **Hillsborough Community College**

This 24th day of October, 2023

_____
Signature of Notary Public- State of Florida

Jacqueline Jackson
Print, Type or Stamp Commissioned Name of Notary and Date Commission Expires

Notary Public State of Florida
Jacqueline Jackson
My Commission HH 063165
Expires 11/12/2024

Personally known ✓ or Produced Identification ___

_____
Type of Identification Produced

DISC-00378