# Exhibit C

**BANK OF AMERICA**

Reference number
D092823000638

Court case number
8:22-CR-407-SDM-JSS

Court or issuer
UNITED STATES ATTORNEY'S OFFICE

Court case name:
HILLSBOROUGH COMMUNITY COLLEGE

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Elyse Cormier, who, being duly sworn by me, deposes and says as follows:

1. **Authority**

   I, Elyse Cormier, am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| HILLSBOROUGH COMMUNITY COLLEGE ACCOUNT PAYABLE | 6491 | Signature Card, Deposits | 2017-11 - 2018-12 |

3. **Production**

   __XX__ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

   OR

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

LGLDEPDOC00-65-5248NSBWD092823000638