UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:22-cr-00407 |
| | : | |
| ANDREA MITCHELL | : | |
| _____ | : | |

**DEFENDANT ANDREA MITCHELL'S**
**AMENDED NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, ANDREA MITCHELL, and files his notice of appeal as to the order at ECF Doc. denying 497 motion for acquittal, judgment at ECF Doc. 556 and sentence entered on June 10, 2024, in the above styled case.

By: /s/ Tim Bower Rodriguez
Tim Bower Rodriguez, Esq.
Florida Bar No.: 0151890
Bower Rodriguez, PA
502 E Tyler Street
Tampa, Florida 33602
Direct: (813) 384-7555
Email: t@bowerrodriguez.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on June 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to the electronic mail addresses of record.

By: /s/ Tim Bower Rodriguez